**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  09 B 25154 |
| L.J. FOOD DISTRIBUTION, INC., | ) | Honorable Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | Motion Date:  October 19, 2011 |
| | ) | Motion Time:  10:30 a.m. |

**NOTICE OF MOTION**

TO:    See Attached Service List

PLEASE TAKE NOTICE THAT on October 19, 2011 at the hour of 10:30 a.m., a **MOTION FOR ENTRY OF FINAL DECREE ORDER** shall be heard by the Honorable Judge Jacqueline P. Cox of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 619 at 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

                                                                    GOLAN & CHRISTIE LLP


**AFFIDAVIT OF SERVICE**

I, Beverly A. Berneman, an attorney, certify that I caused the foregoing Notice of Motion and Motion for Entry of Final Decree Order to be served upon the parties who receive notice via CM/ECF filing and those who receive notice via First Class Mail with postage prepaid from 70 W. Madison, Chicago, IL 60602 on October 12, 2011.

                                                                    /s/*Beverly A. Berneman*
                                                                     Beverly A. Berneman


Robert R. Benjamin (ARDC # 0170429)
Beverly A. Berneman (ARDC # 06189418)
Attorneys for the Debtor
GOLAN & CHRISTIE LLP
70 W. Madison, Suite 1500
Chicago, Illinois 60602
(312)263-2300

**SERVICE LIST**

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Nathan's Famous
One Jericho Plaza
Second Floor – Wing A
Jericho, NY 11753

Chicago International Trucks, LLC
c/o Thomas V. Askounis
Askounis & Darcy, PC
401 North Michigan Ave., Ste. 550
Chicago, IL 60611

Conarga Foods Sales
c/o Paul Catanese
McGuireWoods LLP
77 W. Wacker, Suite 4100
Chicago, IL 60601

US Foodservice
c/o Michelle J. Fisk
Ice Miller LLP
One American Square, Ste. 2900
Indianapolis, IN 46282-0200

Capitol Wholesale Meats, Inc.
c/o Nathan Q. Rugg
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.,#1050
Chicago, IL 60604

Lamb-Weston Sales, Inc.
c/o Martyn & Associates
820 W. Superior Ave., Tenth Floor
Cleveland, OH 44113

Pacific Coral Seafood Co.
2240 NE 2nd Ave.
Miami, FL 33137

Centier Bank
c/o Paul B. Poracky
Koransky & Bouwer, P.C.
425 Joliet St., Ste. 425
Dyer, IN 46311

City Foods, Inc.
c/o Arnold H. Landis
Law Offices of Arnold H. Landis
77 W. Washington St., Ste. 702
Chicago, IL 60602

Lifestyle Properties, LLC
c/o Kevin P. O'Flaherty
Appel & Kelly Ltd.
18607 Torrence Ste. 2A
Lansing, IL 60438

A New Dairy, Inc.
1234 W. Randolph
Chicago, IL 60607

Asianic, Inc.
Custocraft Food Service
208 W. Madison
Oak Park, IL 60302

Aunt Beth's Cookies
1828 Clover Rd.
Mishawaka, IN 46546

Bea's Best Corned Beef
PO Box 09190
Chicago, IL 60609

Best Bargains, Inc.
Maxwell Law Group, LLC
105 W Adams Suite 3200
Chicago, IL 60603

Blackwood Industries, Inc.
809 Southeast 28th Street
Bentonville, AR 72712

Brand Concessions, LLC
PO Box 12892
Oklahoma City, OK 73157

Butterball LLC
PO Box 65859
Charlotte, NC 28265-0859

Buy-Rite Wholesale
875 North Lively Drive
Wood Dale, IL 60191

C & M Fine Pack
PO Box 66152
Indianapolis, IN 46223

Cardinal
30 Corporate Drive
Wayne, NJ 07470

Chicago Vendor Supply
PO Box 388367
Chicago, IL 60638

Concept Amentities, Inc.
3236 Cliff Sieler Ct.
Las Vegas, NV 89117

Cougle Commission Co.
345 N. Aberdeen
Chicago, IL 60607

Devault Foods
1 Devalt Lane
PO Box 587
Devault, PA 19432

DOT Foods, Inc.
PO Box 952589
Saint Louis, MO 63195

EBY-Brown Co, LLC
PO Box 51137
Indianapolis, IN 46251

Economy Packing Company
939 W. Fullerton
Chicago, IL 60607

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674

European Imports Ltd.
2475 North Elston
Chicago, IL 60647

Farmer Brothers
PO Box 934237
Atlanta, GA 31193

Farmland Foods Inc
PO Box 20121
Kansas City, MO 64195

Georgia Pacific
1919 South Broadway
Green Bay, WI 54304

3

Georgia-Pacific Consumer Products LP
133 Peachtree Street NE (30303)
PO Box 105605
Atlanta, GA 30348-5605
Attn: Erich L. McInnis

H J Heniz Company & All Subsidiaries
Scott Neil
357 6th Avenue
Pittsburgh, PA 15222

Halperns Steak & Seafood Inc.
PO Box 105579
c/o Fidelity Bank
Atlanta, GA 30348

Heinz North America
PO Box 57
Pittsburgh, PA 15222

Ken's Food Inc.
PO Box 849
Marlborough, MA 01752

Largus Printing
732 W. 4th St.
Munster, IN 46321

Meats by Linz, Inc.
414 State St.
Calumet City, IL 60409

Niagra Bottling LLC
c/o Andrew Still
2560 E Philadelphia St.
Ontario, CA 91761

Pasta Factory
11225 W. Grand Ave.
Melrose Park, IL 60164

Golden Country Oriental Food
2355 South Blue Island Ave.
Chicago, IL 60608

Halpern's Steak & Seafood, Inc.
4685 Welcome All Road
Atlanta, GA 30349

Heinz North America
Department CH 10388
Palatine, IL 60055

Jennifer S. Burt, Askounis & Darcy, PC
401 N. Michigan Avenue, Ste. 550
Chicago, IL 60611

Ken's Foods, Inc.
PO Box 6197
Boston, MA 02212

Master Distributors
4202 Technology Drive
Hope, MI 48628

Michael Foods Inc
Attn: Jerry Knecht
301 Carlson Parkway #400
Minnetonka, MN 55305

Northwest Packaging/San Benito
The Neil Jones Foods Co.
PO Box 30
Vancouver, WA 98666

Paul Piazza & Sons
PO Box 52049
New Orleans, LA 70152

4

Piazza Paul & Son Inc.
Euler Hermes ACI
Agent for Piazza Paul & Son Inc.
800 Red Brook Blvd.
Owings Mills,MD 21117

Premium Waters Inc.
NW 7996
PO Box 1450
Minneapolis, MN 55485

RFD/Food Distribution Center
PO Box 617637
Chicago, IL 60661

Ronnoco Coffee Co
Attn:Eric Bomball
4241 Sarpy Ave.
St. Louis, MO 63110

Ronnoco Coffee Co.
c/o Andrew G. Neill
7701 Forsyth, Ste. 375
St. Louis, MO 63105

Supreme Lobster Seafood Co.
220 East North Ave.
Villa Park, IL 60181

The Neal Jones Food Company
PO Box 30
Vancouver, WA 98666

Toyota Financial Services
Commercial Finance
Dept. 2431
Carol Stream, IL 60132

Toyota Motor Credit Corporation
19001 S. Western Ave. WF-21
Torrance, CA 90501

Ventura Foods LLC
40 Pointe Drive
Brea, CA 92821
Attn: Pat West

Vienna Beef Ltd
Attn: Rhonda Neville
2501 N. Damen
Chicago, IL 60647

Vienna Beef Ltd.
8033 Solutions Center
Chicago, IL 60606

Vitners Fine Foods
4202 W. 4th St.
Chicago, IL 60632

Wayne Farms LLC
PO Box 945947
Atlanta, GA 31193

Wenner Bread Products, Inc.
33 Rajon Rd.
Bayport, NY 11705

Wiscon Corp.
2050 North 15th Ave.
Melrose Park, IL 60160

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  09 B 25154 |
| L.J. FOOD DISTRIBUTION, INC., | ) | Honorable Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | Motion Date:  October 19, 2011 |
| | ) | Motion Time:   10:30 a.m. |

MOTION FOR ENTRY OF
FINAL DECREE ORDER

Debtor, L.J. FOOD DISTRIBUTION, INC. ("Debtor"), by and through its attorneys, GOLAN & CHRISTIE LLP,  moves this Court for entry of a final decree order and respectfully represents to the Court as follows:

1. On July 10, 2009, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On May 12, 2010, this Court entered an order confirming Debtor's Plan of Liquidation. The Plan of Liquidation provided for the creation of the L.J. Food Distribution, Inc. Liquidation Trust, with Lampton Jones named as the Trustee. Since that time, the Trustee has marshaled the assets of the Debtor and pursued avoidance power actions on behalf of the Debtor.

3. The Trustee has made initial distributions under the plan. The Debtor has filed a report of distribution prior to the hearing on this motion. The United States Trustee's Office is holding a credit balance in the approximate amount of $3,500.00 due to overpayments of the quarterly fees. Upon the closing of the case and receipt of reimbursement from the United States Trustee's Office, The Trustee will make the final *pro rata* distributions to Classes 3 and 4.

4. There are no further matters for this Court to administer.

WHEREFORE, Debtor, L.J. FOOD DISTRIBUTION, INC., prays as follows:

A. That this Court enter a final decree order; and

B. For such other and further relief as this Court deems just and proper.

                                    L.J. FOOD DISTRIBUTION, INC.,

                                    /s/ *Beverly A. Berneman*
                                    Beverly A. Berneman
                                    One of its attorneys

Robert R. Benjamin (ARDC # 0170429)
Beverly A. Berneman (ARDC # 06189418)
Attorneys for the Debtor
GOLAN & CHRISTIE LLP
70 W. Madison, Suite 1500
Chicago, Illinois 60602
(312)263-2300

2