IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| L.J. FOOD DISTRIBUTION, INC., | ) | Case No. 09 B 25154 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

## FINAL DECREE

THIS CAUSE COMING ON TO BE HEARD on motion of Debtor, L. J. FOOD DISTRIBUTION, INC. ("Debtor"), for entry of a final decree order and the Court being duly advised in the premises:

THE REORGANIZED DEBTOR HAVING REPRESENTED TO THE COURT that:

1. On July 10, 2009, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On May 12, 2010, this Court entered an order confirming Debtor's Plan of Liquidation. The Plan of Liquidation provided for the creation of the L.J. Food Distribution, Inc. Liquidation Trust, with Lampton Jones named as the Trustee. Since that time, the Trustee has marshaled the assets of the Debtor and pursued avoidance power actions on behalf of the Debtor.

3. The United States Trustee's Office is holding a credit balance in the approximate amount of $3,250.00 due to overpayments of the quarterly fees which will be remitted to Lampton Jones not individually but as Trustee of the L.J. Food Distribution, Inc. Liquidation Trust.

4. Debtor has made initial distributions under the plan.

5. Debtor has filed a report of distribution.

6. There are no further matters for this Court to administrate.

{00124434.DOC /}

IT IS HEREBY ORDERED that:

The estate is closed.

DATED: 12-21-11

J. Cox / Jacqueline P. Cox
U.S. Bankruptcy Judge

Robert R. Benjamin (ARDC # 0170429)
Beverly A. Berneman (ARDC # 06189418)
Attorneys for the Debtor
GOLAN & CHRISTIE LLP
70 W. Madison, Suite 1500
Chicago, Illinois 60602
(312)263-2300

{00124434.DOC /}

2